An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

EDUCATION SUPPORT EMPLOYEES ASSOCIATION, AN EMPLOYEE ORGANIZATION,
Petitioner,
vs.
STATE OF NEVADA LOCAL GOVERNMENT EMPLOYEE-MANAGEMENT RELATIONS BOARD, AN AGENCY OF THE STATE NEVADA,
Respondent,
and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 14, AN EMPLOYEE ORGANIZATION; AND CLARK COUNTY SCHOOL DISTRICT, A COUNTY SCHOOL DISTRICT,
Real Parties in Interest.

No. 68774

FILED

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF CERTIORARI OR PROHIBITION

This original petition for a writ of certiorari or prohibition seeks to vacate an agency order directing a second runoff election to determine the bargaining agent of Clark County School District classified employees. Writ relief typically is not available, however, when petitioner has a plain, speedy, and adequate remedy at law, such as an appeal. *See* NRS 34.020(2); NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Here, petitioner failed to appeal from two district court orders that denied judicial and extraordinary review of this matter and thus resolved all issues before the court. *Pan*, 120 Nev. at 224-25, 88 P.3d at 841 (noting that writ relief is not available to correct an untimely notice of appeal). Moreover, judicial review of this matter will likely be available in the future. NRS 233B.130. Therefore, although we

15-31445

have considered petitioner's arguments in favor of our review of this matter, we nevertheless decline to intervene by way of extraordinary writ and thus

ORDER the petition DENIED.[1]

_____ , J.
Saitta

_____ , J.
Gibbons

_____ , J.
Pickering

cc: Dyer, Lawrence, Penrose, Flaherty, Donaldson & Prunty
McCracken, Stemerman & Holsberry
Clark County School District Legal Department
Attorney General/Las Vegas

---

[1]Petitioner's September 9, 2015, motion to expedite is denied as moot.